[Nos. 26857-1-I; 26856-2-I.   Division One.   October 26, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. DEBRA MARLANE CHAMPAGNE, *Defendant*, ROBERT HANS CHAMPAGNE, *Appellant*.

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT CHAMPAGNE, *Petitioner*.

Appeals from a judgment of the Superior Court for King County, No. 88-1-01620-4, Richard M. Ishikawa, J., entered August 2, 1990. *Affirmed* by unpublished opinion per Grosse, C.J., concurred in by Coleman and Pekelis, JJ.

[No. 31009-7-I.   Division One.   October 26, 1992.]

WRIGHT SCHUCHART, INC., *Petitioner*, v. SEATTLE SCHOOL DISTRICT NO. 1, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 89-2-18372-2, J. Kathleen Learned, J., entered June 19, 1992. *Reversed* by unpublished per curiam opinion.

[No. 28612-9-I.   Division One.   October 26, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. COREY W. ROWE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-04010-7, Bobbe J. Bridge, J., entered June 11, 1991. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Grosse, C.J., and Webster, J.